**John Robert SMITH, Shirley Hall, and Gene Walker Plaintiffs**

**v.**

**Eric CLARK, Secretary of State of Mississippi; Mike Moore, Attorney General for the State of Mississippi; Ronnie Musgrove, Governor of Mississippi; Mississippi Republican Executive Committee; and Mississippi Democratic Executive Committee Defendants**

No. CIV.A. 301CV–855WS.

United States District Court,
S.D. Mississippi,
Jackson Division.

Feb. 4, 2002.

Arthur F. Jernigan, Jr., Watson & Jernigan, P.A., Jackson, for Plaintiffs.

T. Hunt Cole, Jr., Office of the Attorney General, Michael B. Wallace, Phelps Dunbar, John G. Jones, Jones & Funderburg, Herbert Lee, Jr., Lee & Associates, Robert B. McDuff, Robert B. McDuff, Attorney, Jackson, MS, for Defendants.

E. GRADY JOLLY, Circuit Judge, and HENRY T. WINGATE and DAVID C. BRAMLETTE, III, District Judges.

## ORDER

E. GRADY JOLLY, Circuit Judge.

Attached hereto is this court's congressional redistricting plan for the State of Mississippi, along with an analysis thereof. This court proposes to implement this plan absent the timely preclearance of the redistricting plan adopted by the State Chancery Court, which is now pending for preclearance before the United States Attorney General.

The parties are hereby directed to show cause by written objections, why this court's redistricting plan, if implemented, would not satisfy all state and federal statutory and constitutional requirements; and to make any other critical comments and suggestions with respect to the plan that the parties deem appropriate. Said objections, comments and suggestions must be filed with the Clerk of the United States District Court for the Southern District of Mississippi no later than 4:00 p.m. on Friday, February 9. Failure to object in accordance with this order will be deemed a waiver of all further objections to this plan.

Congressional Redistricting Plan
Smith v. Clark
United States District Court
Southern District of Mississippi
February 4, 2002

Congressional Redistricting Plan
Smith v. Clark
United States District Court
Southern District of Mississippi
February 4, 2002

Population Summary Report

Monday February 4, 2002 7:54 AM

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [18+_Pop] | [18+_Blk] | [% 18+_Blk] |
|----------|-----------|-----------|---------|-----------|-----------|-------------|
| 1 | 711,160 | − 5 | 0.00 | 521,745 | 124,207 | 23.81% |
| 2 | 711,164 | − 1 | 0.00 | 501,887 | 297,121 | 59.20% |
| 3 | 711,164 | − 1 | 0.00 | 523,593 | 158,994 | 30.37% |
| 4 | 711,170 | 5 | 0.00 | 522,246 | 104,937 | 20.09% |

Total Population: 2,844,658
Ideal District Population: 711,165

**Summary**

Population Range: 711,160 to 711,170
Ratio Range: 1.00
Absolute Range: − 5 to 5
Absolute Overall Range: 10.00
Relative Range: 0.00% to 0.00%
Relative Overall Range: 0.00%
Absolute Mean Deviation: 3.00
Relative Mean Deviation: 0.00%
Standard Deviation: 4.12

**Political Subdivisions Split Between Districts**

Monday February 4, 2002 7:50 AM

Number of subdivisions not split:

County 74

Number of subdivisions split into more than one district:

County 8

Number of subdivision splits which affect *no* population:

County 0

**Split Counts**

County

Cases where a County is split among 2 Districts: 8

*Number of times a County has been split into more than one district: 8*

*Total of County splits: 16*

| County | District | Population |
|--------|----------|-----------|
| *Split Counties:* | | |
| Hinds | 2 | 218,968 |
| Hinds | 3 | 31,832 |
| Jasper | 3 | 7,212 |
| Jasper | 4 | 10,937 |
| Jones | 3 | 2,235 |
| Jones | 4 | 62,723 |
| Leake | 2 | 11,361 |
| Leake | 3 | 9,579 |
| Madison | 2 | 27,631 |

| | | |
|---|---|---:|
| Madison | 3 | 47,043 |
| Marion | 3 | 9,742 |
| Marion | 4 | 15,853 |
| Webster | 1 | 9,544 |
| Webster | 3 | 750 |
| Winston | 1 | 134 |
| Winston | 3 | 20,026 |

**Plan Components Report**

Monday, February 4, 2002 8:02 AM

| | Population | [18+_Pop] | [18+_Blk] |
|---|---:|---:|---:|
| **District 1** | | | |
| Alcorn County | 34,558 | 26,310 | 2,645 |
| Benton County | 8,026 | 5,867 | 1,942 |
| Calhoun County | 15,069 | 11,270 | 2,892 |
| Chickasaw County | 19,440 | 13,874 | 5,196 |
| Choctaw County | 9,758 | 7,044 | 1,934 |
| Clay County | 21,979 | 15,643 | 8,129 |
| DeSoto County | 107,199 | 77,005 | 8,063 |
| Grenada County | 23,263 | 16,945 | 6,385 |
| Itawamba County | 22,770 | 17,257 | 1,065 |
| Lafayette County | 38,744 | 31,170 | 6,908 |
| Lee County | 75,755 | 54,793 | 11,904 |
| Lowndes County | 61,586 | 43,963 | 16,500 |
| Marshall County | 34,993 | 25,695 | 12,185 |
| Monroe County | 38,014 | 27,673 | 7,757 |
| Panola County | 34,274 | 24,193 | 10,518 |
| Pontotoc County | 26,726 | 19,351 | 2,527 |
| Prentiss County | 25,556 | 19,170 | 2,330 |
| Tate County | 25,370 | 18,502 | 5,385 |
| Tippah County | 20,826 | 15,620 | 2,297 |
| Tishomingo County | 19,163 | 14,724 | 465 |
| Union County | 25,362 | 18,783 | 2,554 |
| Webster County<br> VTD: Bellefontaine | 550 | 413 | 44 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 1** | | | |
| VTD: Big Black | 420 | 301 | 5 |
| VTD: Bluff Springs | 287 | 210 | 96 |
| VTD: Cadaretta | 227 | 191 | 22 |
| VTD: Clarkson | 673 | 492 | 38 |
| VTD: Cumberland | 505 | 359 | 65 |
| VTD: Eupora 1 | 1,440 | 1,011 | 517 |
| VTD: Eupora 2 | 701 | 537 | 73 |
| VTD: Eupora 3 | 881 | 672 | 115 |
| VTD: Fame | 489 | 372 | 8 |
| VTD: Fay | 219 | 166 | 12 |
| VTD: Grady | 409 | 310 | 40 |
| VTD: Mantee | 572 | 454 | 39 |
| VTD: Mathiston | 897 | 656 | 79 |
| VTD: North Walthall | 263 | 190 | 7 |
| VTD: South Walthall | 302 | 228 | 44 |
| VTD: Tomnolen | 709 | 517 | 63 |
| **Webster County Subtotal** | **9,544** | **7,079** | **1,267** |
| Winston County | | | |
| VTD: Gum Branch | 134 | 103 | 12 |
| **Winston County Subtotal** | **134** | **103** | **12** |
| Yalobusha County | 13,051 | 9,711 | 3,347 |
| **District 1 Subtotal** | **711,160** | **521,745** | **124,207** |
| **District 2** | | | |
| Attala County | 19,661 | 14,562 | 5,321 |
| Bolivar County | 40,633 | 28,587 | 17,107 |
| Carroll County | 10,769 | 8,134 | 2,788 |
| Claiborne County | 11,831 | 8,724 | 7,145 |
| Coahoma County | 30,622 | 20,514 | 13,183 |
| Copiah County | 28,757 | 21,014 | 9,939 |
| Hinds County | | | |
| VTD: 1 | 297 | 251 | 143 |
| VTD: 10 | 731 | 546 | 526 |
| VTD: 11 | 984 | 745 | 698 |
| VTD: 12 | 1,062 | 764 | 758 |
| VTD: 13 | 1,309 | 955 | 942 |
| VTD: 15 | 488 | 410 | 67 |
| VTD: 16 | 2,132 | 1,530 | 1,115 |
| VTD: 18 | 1,227 | 899 | 858 |
| VTD: 19 | 1,148 | 854 | 845 |
| VTD: 2 | 940 | 710 | 695 |
| VTD: 20 | 1,880 | 1,237 | 1,213 |
| VTD: 21 | 1,022 | 637 | 573 |
| VTD: 22 | 2,605 | 1,817 | 1,770 |
| VTD: 23 | 2,484 | 1,680 | 1,672 |
| VTD: 24 | 2,382 | 1,345 | 1,195 |
| VTD: 25 | 2,463 | 1,511 | 1,394 |
| VTD: 26 | 1,328 | 844 | 709 |
| VTD: 27 | 1,931 | 1,512 | 1,492 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| District 2 | | | |
| VTD: 28 | 2,053 | 1,630 | 1,612 |
| VTD: 29 | 1,037 | 804 | 799 |
| VTD: 30 | 1,426 | 995 | 984 |
| VTD: 31 | 1,939 | 1,452 | 1,438 |
| VTD: 38 | 1,442 | 1,007 | 562 |
| VTD: 39 | 1,695 | 1,154 | 1,061 |
| VTD: 4 | 1,121 | 743 | 732 |
| VTD: 40 | 2,391 | 1,752 | 1,683 |
| VTD: 41 | 2,818 | 2,004 | 1,965 |
| VTD: 42 | 3,156 | 2,319 | 1,791 |
| VTD: 43 | 4,359 | 2,968 | 2,350 |
| VTD: 47 | 3,107 | 2,444 | 2,015 |
| VTD: 5 | 1,995 | 1,702 | 725 |
| VTD: 50 | 968 | 706 | 648 |
| VTD: 51 | 1,013 | 677 | 662 |
| VTD: 52 | 2,319 | 1,598 | 1,536 |
| VTD: 53 | 585 | 391 | 374 |
| VTD: 54 | 1,149 | 887 | 742 |
| VTD: 55 | 1,848 | 1,226 | 1,127 |
| VTD: 56 | 1,027 | 610 | 586 |
| VTD: 57 | 1,436 | 940 | 910 |
| VTD: 58 | 2,025 | 1,477 | 1,428 |
| VTD: 59 | 3,079 | 1,797 | 1,730 |
| VTD: 6 | 2,314 | 1,751 | 936 |
| VTD: 60 | 987 | 597 | 545 |
| VTD: 61 | 2,406 | 1,524 | 1,429 |
| VTD: 62 | 2,545 | 1,631 | 1,430 |
| VTD: 63 | 1,062 | 772 | 763 |
| VTD: 64 | 1,101 | 821 | 800 |
| VTD: 66 | 231 | 160 | 158 |
| VTD: 67 | 2,186 | 1,408 | 1,191 |
| VTD: 68 | 4,122 | 2,842 | 1,767 |
| VTD: 69 | 2,083 | 1,340 | 841 |
| VTD: 70 | 1,230 | 774 | 388 |
| VTD: 71 | 2,069 | 1,391 | 698 |
| VTD: 72 | 2,477 | 1,506 | 865 |
| VTD: 73 | 1,887 | 1,367 | 570 |
| VTD: 74 | 1,597 | 1,099 | 406 |
| VTD: 75 | 1,430 | 943 | 423 |
| VTD: 76 | 2,526 | 1,891 | 474 |
| VTD: 77 | 2,601 | 1,798 | 596 |
| VTD: 80 | 3,625 | 2,332 | 2,135 |
| VTD: 81 | 2,131 | 1,614 | 1,477 |
| VTD: 82 | 2,252 | 1,564 | 1,495 |
| VTD: 83 | 4,481 | 3,123 | 2,854 |
| VTD: 84 | 420 | 326 | 295 |
| VTD: 85 | 3,943 | 2,759 | 2,733 |
| VTD: 86 | 2,615 | 1,506 | 1,407 |
| VTD: 87 | 2,095 | 1,381 | 957 |
| VTD: 88 | 2,927 | 2,091 | 1,614 |
| VTD: 89 | 2,114 | 1,433 | 902 |
| VTD: 90 | 1,666 | 1,213 | 494 |
| VTD: 91 | 3,212 | 2,090 | 1,643 |
| VTD: 92 | 3,598 | 2,481 | 1,106 |
| VTD: 93 | 1,845 | 1,293 | 773 |
| VTD: 94 | 3,657 | 2,442 | 1,830 |
| VTD: 95 | 910 | 657 | 179 |
| VTD: 96 | 2,828 | 2,143 | 713 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 2** | | | |
| VTD: 97 | 659 | 486 | 109 |
| VTD: Bolton | 1,894 | 1,406 | 938 |
| VTD: Brownsville | 754 | 556 | 315 |
| VTD: Byram 1 | 4,541 | 3,264 | 471 |
| VTD: Byram 2 | 2,063 | 1,567 | 168 |
| VTD: Cayuga | 491 | 375 | 218 |
| VTD: Chapel Hill | 1,378 | 980 | 454 |
| VTD: Clinton 1 | 4,406 | 3,713 | 543 |
| VTD: Clinton 2 | 5,301 | 3,717 | 558 |
| VTD: Clinton 3 | 4,439 | 3,352 | 740 |
| VTD: Clinton 4 | 2,201 | 1,602 | 192 |
| VTD: Clinton 5 | 1,590 | 1,231 | 57 |
| VTD: Clinton 6 | 3,697 | 2,710 | 714 |
| VTD: Cynthia | 1,005 | 714 | 516 |
| VTD: Dry Grove | 1,076 | 798 | 221 |
| VTD: Edwards | 3,715 | 2,552 | 1,893 |
| VTD: Jackson State | 1,658 | 1,596 | 1,579 |
| VTD: Learned | 924 | 661 | 308 |
| VTD: Old Byram | 2,930 | 2,183 | 201 |
| VTD: Pinehaven | 2,749 | 1,932 | 823 |
| VTD: Pocahontas | 620 | 483 | 310 |
| VTD: Raymond 1 | 3,346 | 2,237 | 911 |
| VTD: Raymond 2 | 4,264 | 3,595 | 1,316 |
| VTD: Spring Ridge | 4,297 | 3,046 | 1,070 |
| VTD: St. Thomas | 560 | 390 | 374 |
| VTD: Terry | 5,242 | 3,958 | 1,442 |
| VTD: Tinnin | 901 | 611 | 143 |
| VTD: Utica 1 | 1,297 | 953 | 388 |
| VTD: Utica 2 | 1,396 | 965 | 732 |
| **Hinds County Subtotal** | **218,968** | **155,226** | **98,716** |
| Holmes County | 21,609 | 14,670 | 10,899 |
| Humphreys County | 11,206 | 7,541 | 5,052 |
| Issaquena County | 2,274 | 1,645 | 962 |
| Jefferson County | 9,740 | 6,937 | 5,851 |
| Leake County | | | |
| VTD: Conway | 961 | 684 | 434 |
| VTD: East Carthage | 1,645 | 1,270 | 178 |
| VTD: North Carthage | 2,035 | 1,396 | 324 |
| VTD: Ofahoma | 660 | 463 | 372 |
| VTD: Singleton | 1,495 | 1,104 | 243 |
| VTD: South Carthage | 1,380 | 1,174 | 590 |
| VTD: Thomastown | 860 | 642 | 323 |
| VTD: West Carthage | 1,506 | 974 | 664 |
| VTD: Wiggins | 819 | 586 | 408 |
| **Leake County Subtotal** | **11,361** | **8,293** | **3,536** |
| Leflore County | 37,947 | 26,667 | 16,855 |
| Madison County | | | |
| VTD: Bible Church | 964 | 509 | 493 |
| VTD: Camden | 1,714 | 1,119 | 920 |
| VTD: Cameron | 120 | 96 | 47 |

| | Population | [18 + _Pop] | [18 + _Blk] |
|---|---|---|---|

**District 2**

| | Population | [18 + _Pop] | [18 + _Blk] |
|---|---|---|---|
| VTD: Canton Pct. 7 | 707 | 519 | 459 |
| VTD: Canton Precinct 1 | 2,644 | 1,824 | 1,187 |
| VTD: Canton Precinct 2 | 2,511 | 1,886 | 795 |
| VTD: Canton Precinct 3 | 603 | 413 | 260 |
| VTD: Canton Precinct 4 | 3,332 | 2,263 | 1,820 |
| VTD: Canton Precinct 5 | 1,732 | 1,082 | 1,070 |
| VTD: Couparle | 49 | 41 | 33 |
| VTD: Gluckstadt | 3,432 | 2,519 | 336 |
| VTD: Liberty | 2,118 | 1,426 | 1,262 |
| VTD: Luther Branson School | 1,207 | 800 | 655 |
| VTD: Mad. Co. Bap. Fam. Lf.Ct. | 2,013 | 1,188 | 1,185 |
| VTD: Magnolia Heights | 1,916 | 1,308 | 1,006 |
| VTD: New Industrial Park | 577 | 378 | 315 |
| VTD: Sharon | 855 | 553 | 455 |
| VTD: Tougaloo | 605 | 584 | 581 |
| VTD: Virlilia | 532 | 369 | 173 |
| **Madison County Subtotal** | **27,631** | **18,877** | **13,052** |
| Montgomery County | 12,189 | 8,925 | 3,611 |
| Quitman County | 10,117 | 6,880 | 4,375 |
| Sharkey County | 6,580 | 4,409 | 2,833 |
| Sunflower County | 34,369 | 24,775 | 16,387 |
| Tallahatchie County | 14,903 | 10,427 | 5,666 |
| Tunica County | 9,227 | 6,324 | 4,062 |
| Warren County | 49,644 | 35,476 | 14,147 |
| Washington County | 62,977 | 43,144 | 25,780 |
| Yazoo County | 28,149 | 20,136 | 9,854 |
| **District 2 Subtotal** | **711,164** | **501,887** | **297,121** |

**District 3**

| | Population | [18 + _Pop] | [18 + _Blk] |
|---|---|---|---|
| Adams County | 34,340 | 25,149 | 12,301 |
| Amite County | 13,599 | 10,068 | 3,967 |
| Covington County | 19,407 | 13,813 | 4,347 |
| Franklin County | 8,448 | 6,142 | 1,979 |
| Hinds County | | | |
| VTD: 14 | 1,672 | 1,476 | 201 |
| VTD: 17 | 853 | 694 | 40 |
| VTD: 32 | 1,362 | 1,038 | 61 |
| VTD: 33 | 1,252 | 934 | 16 |
| VTD: 34 | 2,184 | 1,700 | 10 |
| VTD: 35 | 2,401 | 1,773 | 160 |
| VTD: 36 | 1,739 | 1,383 | 436 |
| VTD: 37 | 1,636 | 1,306 | 420 |
| VTD: 44 | 3,002 | 2,290 | 463 |
| VTD: 45 | 2,789 | 2,281 | 76 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 3** | | | |
| VTD: 46 | 2,367 | 1,875 | ·262 |
| VTD: 78 | 4,337 | 3,674 | 433 |
| VTD: 79 | 2,990 | 2,289 | 867 |
| VTD: 8 | 1,412 | 1,211 | 143 |
| VTD: 9 | 1,836 | 1,585 | 74 |
| **Hinds County Subtotal** | **31,832** | **25,509** | **3,662** |
| Jasper County | | | |
| VTD: Bay Springs Beat 3 | 1,721 | 1,287 | 524 |
| VTD: Bay Springs Beat 4 | 2,170 | 1,513 | 865 |
| VTD: Garlandsville | 105 | 81 | 43 |
| VTD: Holders Church | 1,366 | 1,003 | 546 |
| VTD: Louin | 1,234 | 862 | 424 |
| VTD: Montrose | 616 | 451 | 235 |
| **Jasper County Subtotal** | **7,212** | **5,197** | **2,637** |
| Jefferson Davis County | 13,962 | 9,998 | 5,269 |
| Jones County | | | |
| VTD: Bruce | 530 | 428 | 14 |
| VTD: Centerville | 504 | 375 | 2 |
| VTD: Hebron | 1,201 | 838 | 541 |
| **Jones County Subtotal** | **2,235** | **1,641** | **557** |
| Kemper County | 10,453 | 7,795 | 4,231 |
| Lauderdale County | 78,161 | 57,370 | 19,661 |
| Lawrence County | 13,258 | 9,635 | 2,859 |
| Leake County | | | |
| VTD: Ebenezer | 956 | 687 | 374 |
| VTD: Edinburg | 946 | 714 | 4 |
| VTD: Freeny | 1,368 | 958 | 86 |
| VTD: Good Hope | 1,044 | 776 | 197 |
| VTD: Lena | 861 | 625 | 325 |
| VTD: Madden | 996 | 741 | 87 |
| VTD: Renfroe | 608 | 465 | 60 |
| VTD: Salem | 758 | 569 | 65 |
| VTD: Sunrise | 669 | 507 | 22 |
| VTD: Walnut Grove | 1,373 | 973 | 540 |
| **Leake County Subtotal** | **9,579** | **7,015** | **1,760** |
| Lincoln County | 33,166 | 24,324 | 6,716 |
| Madison County | | | |
| VTD: Bear Creek | 2,461 | 1,749 | 500 |
| VTD: Flora | 1,756 | 1,301 | 349 |
| VTD: Highland Colony Bap. Ch. | 2,137 | 1,440 | 294 |
| VTD: Lorman–Cavalier | 1,531 | 1,148 | 409 |
| VTD: Madison 1 | 1,651 | 1,149 | 19 |
| VTD: Madison 2 | 3,585 | 2,582 | 63 |
| VTD: Madison 3 | 3,853 | 2,658 | 173 |
| VTD: Madisonville | 427 | 323 | 81 |
| VTD: Main Harbor | 1,953 | 1,574 | 51 |
| VTD: Ratliff Ferry | 1,075 | 795 | 410 |
| VTD: Ridgeland 1 | 3,565 | 2,836 | 503 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 3** | | | |
| VTD: Ridgeland 3 | 3,990 | 3,138 | 1,027 |
| VTD: Ridgeland 4 | 2,571 | 2,221 | 468 |
| VTD: Ridgeland First Meth. Ch. | 2,941 | 1,964 | 529 |
| VTD: Ridgeland Tennis Center | 5,472 | 4,050 | 307 |
| VTD: Smith School | 499 | 380 | 39 |
| VTD: Trace Harbor | 1,820 | 1,277 | 34 |
| VTD: Victory Baptist Church | 3,788 | 2,449 | 69 |
| VTD: Whispering Lake | 1,968 | 1,383 | 128 |
| **Madison County Subtotal** | 47,043 | 34,417 | 5,453 |
| Marion County | | | |
| VTD: Broom | 831 | 590 | 202 |
| VTD: Carley | 1,389 | 1,016 | 128 |
| VTD: Cedar Grove | 820 | 573 | 167 |
| VTD: Darbun | 447 | 347 | 47 |
| VTD: Foxworth | 1,691 | 1,187 | 347 |
| VTD: Goss | 837 | 614 | 101 |
| VTD: Kokomo | 985 | 718 | 191 |
| VTD: Morgantown | 777 | 581 | 8 |
| VTD: Pittman | 919 | 669 | 7 |
| VTD: Stovall | 907 | 607 | 253 |
| VTD: White Bluff | 139 | 96 | 2 |
| **Marion County Subtotal** | 9,742 | 6,998 | 1,453 |
| Neshoba County | 28,684 | 20,583 | 3,609 |
| Newton County | 21,838 | 16,126 | 4,495 |
| Noxubee County | 12,548 | 8,697 | 5,751 |
| Oktibbeha County | 42,902 | 33,877 | 11,179 |
| Pike County | 38,940 | 28,154 | 12,331 |
| Rankin County | 115,327 | 85,452 | 13,901 |
| Scott County | 28,423 | 20,293 | 7,220 |
| Simpson County | 27,639 | 19,920 | 6,110 |
| Smith County | 16,182 | 11,731 | 2,354 |
| Walthall County | 15,156 | 10,853 | 4,242 |
| Webster County | | | |
| VTD: Maben | 750 | 528 | 138 |
| **Webster County Subtotal** | 750 | 528 | 138 |
| Wilkinson County | 10,312 | 7,648 | 4,992 |
| Winston County | | | |
| VTD: American Legion | 1,989 | 1,338 | 1,061 |
| VTD: Bethany | 242 | 186 | 21 |
| VTD: Betheden–Loakfoma | 363 | 278 | 87 |
| VTD: Bond | 915 | 673 | 164 |
| VTD: Calvary | 339 | 258 | 80 |
| VTD: County Agent | 1,792 | 1,188 | 941 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 3** | | | |
| VTD: Crystal Ridge | 385 | 287 | 65 |
| VTD: Dean Park | 404 | 269 | 239 |
| VTD: E.M.E.P.A. | 1,357 | 1,007 | 266 |
| VTD: Elementary School | 834 | 610 | 285 |
| VTD: Ellison Ridge | 436 | 343 | 73 |
| VTD: Fairground | 2,044 | 1,583 | 579 |
| VTD: Ford School | 429 | 334 | 46 |
| VTD: Hinze | 69 | 52 | 1 |
| VTD: Liberty | 594 | 413 | 238 |
| VTD: Lobutcha | 292 | 206 | 96 |
| VTD: Louisville Electric | 224 | 158 | 40 |
| VTD: Louisville High School | 429 | 305 | 68 |
| VTD: Lovorn Tractor | 297 | 244 | 16 |
| VTD: Mars Hill | 343 | 262 | 43 |
| VTD: Nanih Waiya | 1,378 | 1,005 | 169 |
| VTD: Nanih Waiya–Handle | 573 | 410 | 86 |
| VTD: New Hope | 271 | 222 | 13 |
| VTD: Noxapater | 1,618 | 1,200 | 344 |
| VTD: Old National Guard Armory | 904 | 750 | 59 |
| VTD: Sinai | 369 | 276 | 147 |
| VTD: Vowell | 263 | 201 | 99 |
| VTD: Zion Ridge | 873 | 602 | 494 |
| **Winston County Subtotal** | **20,026** | **14,660** | **5,820** |
| **District 3 Subtotal** | **711,164** | **523,593** | **158,994** |
| | | | |
| **District 4** | | | |
| Clarke County | 17,955 | 13,147 | 4,185 |
| Forrest County | 72,604 | 54,801 | 16,378 |
| George County | 19,144 | 13,560 | 1,076 |
| Greene County | 13,299 | 10,088 | 2,768 |
| Hancock County | 42,967 | 32,163 | 1,975 |
| Harrison County | 189,601 | 140,213 | 26,665 |
| Jackson County | 131,420 | 95,072 | 17,952 |
| Jasper County | | | |
| VTD: Antioch | 614 | 456 | 48 |
| VTD: Claiborne | 617 | 449 | 213 |
| VTD: Cooks Mill | 770 | 527 | 468 |
| VTD: Fellowship | 234 | 181 | 54 |
| VTD: Heidelberg | 2,265 | 1,573 | 1,158 |
| VTD: Midway | 525 | 375 | 213 |
| VTD: Mossville | 1,452 | 1,058 | 235 |
| VTD: Palestine | 189 | 141 | 91 |
| VTD: Philadelphia | 578 | 425 | 297 |
| VTD: Ras | 147 | 113 | 61 |
| VTD: Rose Hill | 941 | 708 | 275 |
| VTD: Stringer | 1,660 | 1,266 | 74 |
| VTD: Vossburg | 945 | 608 | 543 |
| **Jasper County Subtotal** | **10,937** | **7,880** | **3,730** |

| | Population | [18 + _Pop] | [18 + _Blk] |
|---|---|---|---|
| **District 4** | | | |
| | | | |
| Jones County | | | |
| VTD: Anthonys Florist | 927 | 582 | 414 |
| VTD: Antioch (28067310) | 596 | 472 | 0 |
| VTD: Blackwell | 135 | 93 | 3 |
| VTD: Calhoun | 3,275 | 2,525 | 43 |
| VTD: Cameron Center | 709 | 515 | 131 |
| VTD: Cooks Ave. Comm. Ctr. | 878 | 626 | 608 |
| VTD: County Barn | 1,861 | 1,498 | 317 |
| VTD: Currie | 270 | 185 | 169 |
| VTD: Ellisville Court House | 1,507 | 1,216 | 254 |
| VTD: Erata | 642 | 485 | 233 |
| VTD: Gitano | 447 | 335 | 84 |
| VTD: Glade School | 1,932 | 1,480 | 24 |
| VTD: Johnson | 1,001 | 706 | 4 |
| VTD: Lamar School | 1,768 | 1,292 | 356 |
| VTD: Landrum Comm. Ctr. | 740 | 570 | 1 |
| VTD: Laurel Courthouse | 1,771 | 1,291 | 352 |
| VTD: Maple Street YWCA | 472 | 329 | 302 |
| VTD: Mason School | 2,078 | 1,668 | 39 |
| VTD: Matthews | 867 | 627 | 61 |
| VTD: Moselle | 1,820 | 1,351 | 185 |
| VTD: Myrick | 1,832 | 1,359 | 8 |
| VTD: National Guard Armory | 2,353 | 1,606 | 1,151 |
| VTD: Nora Davis School | 1,790 | 1,293 | 1,145 |
| VTD: Oak Park School | 1,805 | 1,109 | 1,078 |
| VTD: Old Health Dept. | 499 | 307 | 268 |
| VTD: Ovett | 1,301 | 954 | 12 |
| VTD: Pendorf | 646 | 493 | 14 |
| VTD: Pinegrove | 1,510 | 1,168 | 84 |
| VTD: Pleasant Ridge | 892 | 694 | 5 |
| VTD: Powers Comm. Ctr. | 1,595 | 1,158 | 233 |
| VTD: Rainey | 1,567 | 1,174 | 1 |
| VTD: Roosevelt | 601 | 427 | 323 |
| VTD: Rustin | 1,144 | 853 | 0 |
| VTD: Sandersville Civic Center | 1,390 | 1,044 | 92 |
| VTD: Sandhill | 924 | 716 | 1 |
| VTD: Shady Grove | 4,332 | 3,150 | 572 |
| VTD: Sharon | 3,508 | 2,604 | 375 |
| VTD: Shelton | 1,130 | 854 | 180 |
| VTD: Soso | 1,600 | 1,175 | 502 |
| VTD: South Jones | 1,357 | 1,047 | 191 |
| VTD: Stainton | 1,882 | 1,445 | 458 |
| VTD: Tuckers | 1,683 | 1,262 | 33 |
| VTD: Twenty–Sixth St. Fire Stn | 803 | 655 | 76 |
| VTD: Union | 1,216 | 902 | 28 |
| VTD: West Jones | 1,667 | 1,262 | 240 |
| **Jones County Subtotal** | **62,723** | **46,557** | **10,650** |
| | | | |
| Lamar County | 39,070 | 28,134 | 3,241 |
| | | | |
| Marion County | | | |
| VTD: Balls Mill | 1,071 | 806 | 169 |
| VTD: City Hall Beat 3 | 828 | 598 | 205 |
| VTD: Courthouse Beat 4 | 1,324 | 1,018 | 123 |
| VTD: East Columbia | 2,107 | 1,390 | 988 |
| VTD: Hub | 919 | 662 | 324 |
| VTD: Jefferson Middle School | 688 | 437 | 420 |

| | Population | [18+_Pop] | [18+_Blk] |
|---|---|---|---|
| **District 4** | | | |
| VTD: Morris | 1,545 | 1,129 | 308 |
| VTD: National Guard Beat 1 | 2,666 | 1,866 | 116 |
| VTD: Pinebur | 956 | 691 | 166 |
| VTD: Popetown Beat 2 | 1,914 | 1,434 | 301 |
| VTD: Sandy Hook | 535 | 408 | 108 |
| VTD: South Columbia | 860 | 713 | 569 |
| VTD: Union (28091103) | 440 | 329 | 12 |
| **Marion County Subtotal** | 15,853 | 11,481 | 3,809 |
| Pearl River County | 48,621 | 35,515 | 3,927 |
| Perry County | 12,138 | 8,655 | 1,692 |
| Stone County | 13,622 | 9,966 | 1,777 |
| Wayne County | 21,216 | 15,014 | 5,112 |
| **District 4 Subtotal** | 711,170 | 522,246 | 104,937 |
| **State totals** | 2,844,658 | 2,069,471 | 685,259 |

### ANALYSIS OF FACTORS CONSIDERED

*Population Equality*

The United States Constitution requires a good-faith effort to ensure, as nearly as is practicable, that a State's congressional districts contain equal population. This court has made every effort to achieve absolute population equality without splitting voting precincts. The population deviation range is from +5 people in District 4 to –5 people in District 1. The effort to achieve population equality among the districts explains in significant part why some counties must be split.

*Majority–Minority District*

The Voting Rights Act requires that one congressional district be maintained in the State with an appropriate majority of black voting age residents. This district is represented on the map as District 2. Based on the figures from the 2000 Census, District 2 under the currently existing five-district plan has a black voting age population of 61%. Any significant variation in that percentage—up or down—constitutes retrogression of the voting rights of black residents of District 2 under § 5 of the Voting Rights Act. Under this court's redistricting plan, the black voting age population in District 2 is 59.20%. The effort to maintain the appropriate majority of black voting age citizens in District 2 further explains why some counties must be split.

*Compactness*

The court has attempted to achieve, as nearly as possible, four compact districts. The ability to create compact districts is limited by the distribution of population. Sparsely populated districts necessarily will be less compact than heavily populated districts as a result of the population equality principle. Furthermore, a more compact plan cannot be drawn for two reasons: First, it would not be possible to prevent retrogression in District 2; and, secondly, it would be a barrier to including as much as possible of the currently existing districts 3 and 4 in the new District 3.

*County and Municipal Boundaries*

The plan splits eight counties: Hinds, Jasper, Jones, Leake, Madison, Marion, Webster, and Winston. We note that eleven counties are split under the currently existing five-district congressional plan adopted by the Mississippi Legislature in

1992. We attach a copy of that currently existing plan for reference.

In this court's plan today, Jasper and Marion Counties are split as part of the effort to maintain as much of currently existing district 4 in new District 3 as is feasible, subject to the constraints of population equality. Furthermore, Jasper County is split in a particular way to avoid splitting the town of Bay Springs. Hinds, Leake, and Madison Counties are split as part of the effort to prevent retrogression in District 2, as well as to help achieve population equality. Jones County is split so as not to remove the incumbent from his district and also to help achieve population equality. Webster County is split to avoid dividing the town of Maben, which lies partially in Oktibbeha County and partially in Webster County, among two districts. Winston County is split to help achieve population equality. The only municipality that is split is the City of Jackson. Mayor Johnson testified in Chancery Court that he preferred that the City be represented by two congressmen. In sum, the county splits are necessitated by: the population equality requirement; preservation of the majority-minority district at an appropriate percentage; preservation of the cores of currently existing districts 3 and 4; and avoiding having incumbents districted out of their residences.

*Historical and Regional Interests*

The plan preserves as much as possible, given the constraints of population equality and § 5 of the Voting Rights Act, the cores of the Mississippi River/Delta region, East Central Mississippi, Southwest Mississippi, North Mississippi, and the Gulf Coast region.

*Universities and Military Bases*

The plan is drawn to assure that the 4 major research universities are also in separate districts. The military bases located in Lowndes, Lauderdale, and Harrison Counties are also in separate districts under this court's plan.

*Growth Areas*

The plan is drawn to provide that each district has at least one major growth area. District 1 contains DeSoto and Lee Counties, as under the currently existing five-district plan. District 2 contains the Nissan Plant/Gluckstadt area of Madison County, as it does under the currently existing five-district plan, and the Byram and Clinton areas of Hinds County, which are in district 4 under the currently existing five-district plan. District 3 contains southern Madison County and Rankin County. District 4 contains the Gulf Coast area.

*Combination of Currently Existing Districts 3 and 4*

In drawing District 3, consideration was given to including as much of the currently existing districts 3 and 4 in the new combined District 3 as possible. The new District 3 contains all or part of 14 counties from each of the currently existing districts 3 and 4, respectively.

The new District 3 includes the portion of Jones County which contains the incumbent's residence. It includes all or part of 14 of the 19 counties that comprise currently existing district 3: Jasper, Jones, Kemper, Lauderdale, Leake, Madison, Neshoba, Newton, Noxubee, Oktibbeha, Rankin, Scott, Smith, and Winston; however, it is necessary to eliminate: the portions of Attala County and Wayne County that are in currently existing district 3 for concerns of retrogression and population equality, respectively; and all of Clarke, Clay, and Lowndes Counties, primarily because of population equality.

The new District 3 includes all of Jefferson Davis County, which contains the residence of the incumbent for currently existing district 4. It includes all or part of 14 of the 15 counties that comprise currently

existing district 4: Adams, Amite, Covington, Franklin, Hinds, Jefferson Davis, Jones, Lawrence, Lincoln, Marion, Pike, Simpson, Walthall, and Wilkinson; however, it is necessary to eliminate Copiah County for reasons of population equality with District 2 and to prevent retrogression of voting rights of black residents of District 2.

### Protection of Incumbent Residences

No incumbent would be required to move in order to run in the district in which he resides.

### Distance of Travel Within District

As is expected to occur when the number of districts is reduced from five to four, the distances of travel within the districts are increased. The distance of travel within District 1 is approximately the same size as under the plan submitted by the plaintiffs, and is substantially less than it is under the plan submitted by the intervenors. The new District 2 is slightly larger than currently existing district 2, but this is unavoidable in the light of the population deficit in currently existing district 2, which grew more slowly than any other district in the State. The distance of travel within new District 3 is dictated by the effort to combine currently existing districts 3 and 4, as well as by the effort to keep the four major research universities in separate districts. The distance of travel in new District 4 is slightly greater than it is in currently existing district 5. This is necessitated by the effort to include in District 3 as much of currently existing district 4 as is feasible. The distance of travel within new District 4 is substantially less than that within district 4 in the plan submitted by the plaintiffs.

### SUMMARY

In sum, the court has attempted to apply all appropriate neutral factors that are recognized by the United States Supreme Court and federal redistricting courts. As noted, these factors include, first, the constitutional demand for population equality among the districts, and secondly, the Voting Rights Act requirement that one equally populated district be drawn to include a majority of black residents of voting age. While respecting county, city and precinct lines and compactness of each district, the court sought to give appropriate value to the following factors: that District 3 should include as much as possible of the currently existing districts 3 and 4; that growth areas, research universities and military bases should be placed in separate districts if otherwise practicable; that historical and regional interests should be respected; that no incumbent should be required to move; and that travel distances within the districts be as minimal as possible, consistent with the other requirements. When all feasible adjustments were made for these factors, further adjustments were necessary to satisfy one person-one vote requirements, and retrogression concerns.

# Current Congressional Districts

DeSoto
Marshall Benton Tippah Alcorn
Tunica Tate Prentiss Tishomingo
Union
Panola Lafayette Lee Itawamba
Coahoma Pontotoc
Yalobusha
Tallahatchie Calhoun Chickasaw Monroe
Bolivar Grenada
Leflore Webster Clay
Montgomery Lowndes
Oktibbeha
Washington Choctaw
Humphreys Holmes Attala Winston Noxubee
Sharkey
Issaquena Yazoo Leake Neshoba Kemper
Madison
Scott Newton Lauderdale
Warren
Hinds Rankin
Smith Jasper Clarke
Claiborne Simpson
Copiah
Jefferson Covington Jones Wayne
Lincoln Lawrence
Adams Franklin
Wilkinson Amite Pike Walthall Marion Forrest Perry Greene
George
Pearl River Stone
Hancock Harrison Jackson

0 20 40 60
Miles